UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

TREZJUAN THOMPSON,            )
                             )
              PETITIONER      )
                             )
v.                           )        CIVIL NO. 2:13-CV-60-DBH
                             )
CUMBERLAND COUNTY            )
SHERIFF AND UNITED STATES     )
MARSHAL SERVICE,             )
                             )
              RESPONDENTS     )

ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On July 18, 2013, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on the petition for writ of habeas corpus. On August 6, 2013, the Magistrate Judge instructed the Clerk's Office to send additional copies of her Recommended Decision to the petitioner at USP Hazelton and FDC Philadelphia after a mailing to the petitioner at the Cumberland County Jail was returned as undeliverable. The time within which to file objections was extended to September 5, 2013. No objections have been filed.

The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.   The petitioner is **DENIED** relief under 28 U.S.C. § 2241, **WITH PREJUDICE**, and the petition is **DISMISSED**.

No certificate of appealability shall issue in the event the petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c).

**SO ORDERED.**

**DATED THIS 23RD DAY OF SEPTEMBER, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**